**MORRIS LAW CENTER**
SARAH A. MORRIS, ESQ.
Nevada Bar No. 8461
sarah@morrislawcenter.com
TIMOTHY A. WISEMAN, ESQ.
Nevada Bar No. 13786
tim@morrislawcenter.com
5450 W. Sahara Ave. Suite 330
Las Vegas, NV 89146
Telephone: (702) 850-7798
Facsimile: (702) 850-7998
*Attorneys for David Yau Fai Ho and Guangdong Shao*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-13, a national banking trust,<br><br>Plaintiff,<br><br>vs.<br><br>NEWPORT COVE III OWNERS ASSOCIATION, a Nevada corporation; DAVID YAU FAI HO; an individual, and GUANGDONG SHAO, an individual,<br><br>Defendants. | Case No.: 2:17-CV-02088-JAD-VCF<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS** |

Defendants, David Yau Fai Ho and Guangdong Shao, ("Defendants") by and through Sarah A. Morris, Esq. and Timothy A. Wiseman, Esq. of the law firm Morris Law Center; The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset-backed Certificates, Series 2006-13 ("BNYM") by and through Shadd A. Wade, Esq. of the law firm Zieve, Brodnax &

1                                                                                                                                       O'Bannon

Steele, LLP, and Newport Cove III Owners Association, by and through Victor F. Luke, Esq. of Gibbs Giden Locher Turner hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the parties jointly request an Order staying all discovery until the pending Motions to Dismiss (Doc. 10 and Doc. 12) are ruled upon.

IT IS FURTHER HEREBY AGREED AND STIPULATED that the parties jointly request an Order extending the time for the Plaintiff to respond to Defendants David Yau Fai Ho and Guangdong Shao's Motion to Dismiss (Doc. 10) and Defendant Newport Cove Homeowner's Association's Motion to Dismiss (Doc. 12) by thirty (30) days.

The parties have good cause for requesting the stay due to the possible effect of resolving all claims or issues in this case if the pending motions are granted. The parties believe a stay of the matter to be appropriate to conserve judicial resources. The parties have entered into the agreement in good faith and not for purposes of delay.

. . .

. . .

. . .

. . .

O'Bannon

IT IS FURTHER AGREED AND STIPULATED that once the stay is lifted, any remaining parties will submit a renewed discovery schedule 30-days from the date the stay is lifted.

Dated: October 15, 2017                    Dated: October 16, 2017

MORRIS LAW CENTER                          ZIEVE, BRODNAX & STEEL, LLP

By:/s/ Timothy A. Wiseman                  By: /s/ Shadd A. Wade
    Sarah A. Morris, Esq.                    Shadd A. Wade, Esq.
    Nevada Bar No. 8461                       Nevada Bar No. 11310
    Timothy A. Wiseman, Esq.                  *Attorney for Plaintiff*
    Nevada Bar No. 13786                      *(signed by filing attorney with permission)*
    *Attorneys for David Yau Fai Ho and Guangdong Shao*

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

By: /s/ Victor F. Luke
    Victor F. Luke, Esq.
    Nevada Bar No. 13714
    *(signed by filing attorney with permission)*

**ORDER**

IT IS SO ORDERED this 17th day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted:

By: */s/ Timothy A. Wiseman*
    Timothy A. Wiseman
    Nevada Bar No. 13786
    *Attorney for David Yau Fai Ho and Guangdong Shao*

O'Bannon

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO STAY DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS** by the method indicated:

\_\_\_\_\_ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

\_\_\_\_\_ **BY E-MAIL:** by transmitting via e-mail the document(s) listed above to the email addresses set forth below and/or included on the Court's Service List for the above-referenced case.

\_\_\_\_\_ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

\_\_\_\_\_ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

\_\_\_\_\_ **BY PERSONAL DELIVERY:** by causing personal delivery via messenger service of the document(s) listed above to the person(s) at the address(es) set forth below.

__X__ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

and addressed to the following:

Shadd A. Wade Esq.
swade@zbslaw.com

Victor F. Luke, Esq.
vluke@gibbsgiden.com

Dated this 17th day of October, 2017

_____
An employee of Morris Law Center