ZIEVE, BRODNAX & STEELE, LLP
Shadd A. Wade, Esq.
Nevada Bar 11310
J. Stephen Dolembo, Esq.
Nevada Bar 9795
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel:     (702) 948-8565
Fax:    (702) 446-9898
swade@zbslaw.com
sdolembo@zbslaw.com
*Attorneys for Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset-backed Certificates, Series 2006-13*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-13, a national banking trust, <br><br>      Plaintiff, <br><br>     vs. <br><br> NEWPORT COVE III OWNERS ASSOCIATION, a Nevada corporation; DAVID YAU FAI HO; an individual, and GUANGDONG SHAO, an individual, <br><br>      Defendants. | CASE NO.: 2:17-CV-02088-JAD-VCF <br><br> **STIPULATION AND ORDER TO STAY CASE PENDING SETTLEMENT** |

Plaintiff The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset-backed Certificates, Series 2006-13 ("BNYM") by and through Shadd A. Wade, Esq. and J. Stephen Dolembo, Esq. of the law firm Zieve, Brodnax & Steele, LLP, and Defendants, David Yau Fai Ho and Guangdong Shao, ("Defendants") by and through Sarah A. Morris, Esq. and Timothy A. Wiseman, Esq. of the law firm Morris Law

Center, and Newport Cove III Owners Association ("HOA") by and through Victor F. Luke, Esq. of Gibbs, Giden, Locher, Turner & Senet LLP, hereby agree and stipulate as follows:

IT IS STIPULATED AND AGREED that the case be STAYED.

IT IS FURTHER STIPULATED AND AGREED that the Stay will remain in place for sixty (60) days after the entry of this ORDER.

IT IS FURTHER STIPULATED AND AGREED that this stay includes but is not limited to any pending or potential motions, including dispositive motions; and all discovery, including depositions.

IT IS FURTHER STIPULATED AND AGREED that upon dissolution of this stay, the parties will, within twenty (20) days after the dissolution of this stay, submit an Interim Status Report, providing new discovery dates for the Court.

The parties have good cause for requesting the stay due to ongoing settlement negotiations, which the parties anticipate will soon culminate in a stipulated dismissal of this action. The parties believe a stay to be appropriate to conserve judicial resources and to allow for continued meaningful settlement discussions. The parties have entered into this agreement in good faith and not for purposes of delay.


Dated: November 16, 2017                    Dated: November 16, 2017

ZIEVE, BRODNAX & STEELE, LLP          MORRIS LAW CENTER


By:/s/Shadd A. Wade, Esq.                    By: /s/Timothy Wiseman, Esq.
Shadd A. Wade, Esq.                             Sarah A. Morris, Esq.
Nevada Bar No. 11310                           Nevada Bar No. 8461
J. Stephen Dolembo, Esq.                       Timothy A. Wiseman, Esq.
Nevada Bar 9795                                  Nevada Bar No. 13786
swade@zbslaw.com                             *Attorneys for David Yau Fai Ho and*
sdolembo@zbslaw.com                         *Guangdong Shao*
*Attorneys for Plaintiff The Bank of New*
*York Mellon*

Dated:  November 16, 2017

GIBBS GIDEN LOCHER TURNER
SENET & WITTBRODT, LLP


By: Victor F. Luke, Esq.
Victor F. Luke, Esq.
Nevada Bar No. 13714
*Attorneys for Defendant Newport Cove III
Owners Association*




## **ORDER**

IT IS SO ORDERED this ____16th____ day of _____November_____, 2017.

_____
Cam Ferenbach
United States Magistrate Judge

Respectfully submitted:

ZIEVE, BRODNAX & STEELE, LLP

IT IS  HEREBY ORDERED that a status hearing
is scheduled for 10:00 AM, February 6, 2018,
in Courtroom 3D.


By:___Shadd A. Wade, Esq.
Shadd A. Wade, Esq.
Nevada Bar 11310
J. Stephen Dolembo, Esq.
Nevada Bar 9795
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel:     (702) 948-8565
Fax:     (702) 446-9898
swade@zbslaw.com
sdolembo@zbslaw.com
*Attorneys for Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for
the Certificateholders of the CWABS, Inc. Asset-backed Certificates, Series 2006-13*